**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Guadalupe Escareno HERNAN-**
**DEZ, Defendant–Appellant.**

**No. 10–50275**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, Margaret Mary Embry, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

Jose Guadalupe Escareno Hernandez (Escareno Hernandez) pleaded guilty to attempted unlawful reentry by an alien (count one) and to using an altered permanent resident alien card to reenter the United States fraudulently (count two). *See* 8 U.S.C. § 1326; 18 U.S.C. § 1546. The district court sentenced him to a 30–month prison term on each count, to be served concurrently. The sentences were

within the guidelines range of 30 to 37 months of imprisonment.

Escareno Hernandez appeals, contending that the lack of a fast-track disposition program in the Western District of Texas results in an unwarranted disparity between his sentence and the sentences of those convicted in districts having such programs and that the disparity makes his sentences unreasonable. As he concedes, his argument is foreclosed by our decision in *United States v. Gomez–Herrera*, 523 F.3d 554, 562–63 (5th Cir.2008), and he raises it only to preserve it for further review. Accordingly, the judgment of the district court is AFFIRMED.